No. 82–6897.  HOLCOMB *v.* CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 82–6898.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 82–6899.  ROBINSON *v.* DAWSON, JUDGE, U. S. TAX COURT.  C. A. 10th Cir.  Certiorari denied.

No. 82–6904.  JOHNSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 82–6905.  HAMB *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–6908.  CALLAHAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–6911.  LOGARUSIC *v.* UNITED STATES;
No. 82–6925.  BAGARIC *v.* UNITED STATES; and
No. 82–6941.  SUDAR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 706 F. 2d 42.

No. 82–6914.  HARVEY *v.* ANDERSON ET AL.  C. A. 5th Cir. Certiorari denied.

No. 82–6917.  HAWKINS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 82–6918.  WISE *v.* SMYSER, UNITED STATES MAGISTRATE. C. A. 3d Cir.  Certiorari denied.

No. 82–6921.  MASCHI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 82–6924.  INGRAHAM *v.* MCCARTHY ET AL.  C. A. 1st Cir. Certiorari denied.

No. 82–6926.  DOWDY *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–6927.  GARCIA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 82–6928.  DODSON *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.